## Exhibit A to the Complaint

**Location:** San Francisco, CA  **IP Address:** 98.42.130.181
**Total Works Infringed:** 25  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B24CF93F1B70BB20849E2ED96396F94C1963DA29<br>File Hash:<br>E5B87C8AD53454D62CA8CD0F42BBF3DC3BA81CB246B5C6AD42767ED612A420C8 | 04-27-2022 02:29:13 | Tushy | 12-17-2018 | 02-02-2019 | PA0002155393 |
| 2 | Info Hash: B4CA9DE725804650188413CE5326FF8FD94AE9ED<br>File Hash:<br>0C56EBDD4D5D2919F5D8C97CA4E2EA5E0F641D4118D6F26C6A1881C35EF0B6CE | 04-26-2022 16:13:49 | Tushy | 09-28-2018 | 10-16-2018 | PA0002127781 |
| 3 | Info Hash: D15DC5C02BBAC6429D7C3F2AAAD1F90312A0CC33<br>File Hash:<br>267741D69FA2741A33A8E65A180DA54E316FEE9DFE67BCC146C9CDC792EFF63A | 03-29-2022 18:58:54 | Tushy | 08-24-2017 | 09-15-2017 | PA0002052837 |
| 4 | Info Hash: A41116F85A526DFD1C3CE8F69DC2356F5E5FFE45<br>File Hash:<br>047DD541DF4F1357F251253BECBCFFB8B63B855377535AE834852B33659E9D70 | 03-28-2022 02:25:38 | Tushy | 06-30-2017 | 07-07-2017 | PA0002070818 |
| 5 | Info Hash: 050511E544A94851EDE7195D2AEE4D38A1102E4D<br>File Hash:<br>DC4563E3B6ED3B0430999D1C4AF87781C5743A85D800AD1BC19ED5185A4D2AEC | 03-28-2022 02:18:13 | Tushy | 06-15-2018 | 07-14-2018 | PA0002128159 |
| 6 | Info Hash: 95CAA79F9B5C5C2ECC9E699D4160C23C559F8B1F<br>File Hash:<br>AE7706D3332B9F681AE240A1381CF673F004B03FAC12E368549362A4D4F53172 | 12-29-2021 00:55:43 | Tushy | 07-20-2017 | 08-11-2017 | PA0002046869 |
| 7 | Info Hash: 95A01682A2924C6AAFCF746B00BDE06D3C94787A<br>File Hash:<br>D97EDCE0A0F2ADAF80BCB385A6099C894EB0D5B9753A97366FF5BACEC6F9F18F | 12-28-2021 06:34:21 | Vixen | 10-31-2017 | 12-05-2017 | PA0002097990 |
| 8 | Info Hash: E8D56D4CCB88107B10EA6781DBB1AF91AF1A624C<br>File Hash:<br>19660F9681BD3DA67AE2BB43BC6251A26C104A1535E242338DB6C0F795AF1E7C | 12-28-2021 03:29:54 | Tushy | 01-26-2020 | 02-20-2020 | PA0002237626 |
| 9 | Info Hash: E4E55DA7BB1000A963D2A32670D39B2F35726676<br>File Hash:<br>331995DC4291F74827E94C0C6B003CB00668FE45FAACC9E26AF1910CFE23D5EE | 12-14-2021 23:09:38 | Vixen | 06-28-2017 | 07-07-2017 | PA0002070828 |
| 10 | Info Hash: 85D5FBF147E9471F935771CE52471E3036270454<br>File Hash:<br>EAB8E6D30F1883FA3F49D977A869EDE2D2BA07BE3D0BCAED655D06473CDBB37F | 12-14-2021 07:55:00 | Tushy | 05-26-2018 | 07-14-2018 | PA0002128078 |
| 11 | Info Hash: C340030059AF08957371330E339FB3AA67E8FFDB<br>File Hash:<br>6BA96B48297951EA5CD38799CC99EBF61F1A282C5634BBFF3688E1D6989D64C4 | 12-14-2021 06:48:51 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash: 1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 12-14-2021 02:39:54 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 13 | Info Hash: 084FCDA7C84964DA6E1B05353EE42CFC4B78A5B8<br>File Hash: 4FA219E2DD35021CBF57F7101AC5676822D79FDAA780E2C3E7436C079ACBBAD2 | 12-14-2021 00:54:40 | Tushy | 05-06-2017 | 06-16-2017 | PA0002069288 |
| 14 | Info Hash: F251B140B55C8D7FDAE6896DA9ECCE126D7D463B<br>File Hash: 9D370FFB1574B196DBBBE6C528FE01E285CC39D95318B71218BDDBC88C0C04AC | 12-11-2021 05:54:28 | Tushy | 07-19-2020 | 08-03-2020 | PA0002259103 |
| 15 | Info Hash: 88CC37185550B7F47C66918862B844C8056F3C00<br>File Hash: C7DF534FBC22D1F8A3CBE7302B12921ADACF4D8678BB7F6F31860378AD44BB4A | 12-11-2021 02:44:40 | Tushy | 07-05-2018 | 08-07-2018 | PA0002132399 |
| 16 | Info Hash: 3A8F5DDE96360B6473920F8C1F87FFE982D094FD<br>File Hash: D40F186D0CDC5BE986B8C48450E0495967BA39DB251E2FE205D57344BACF8D6D | 12-09-2021 07:41:20 | Vixen | 10-21-2018 | 11-25-2018 | PA0002136633 |
| 17 | Info Hash: 88D30B83D9E749F514380A5F2E9C3E876CF55431<br>File Hash: 8077C3FBC1D2DF2C1B18C89D56CA471A09DAB8C87CF5E5C9BA33BE5BD9128134 | 11-30-2021 19:56:57 | Tushy | 08-09-2017 | 08-17-2017 | PA0002077673 |
| 18 | Info Hash: 4A9321518A5C8DD5F7097CB1BEE73D78497BBE5B<br>File Hash: 6A72095A3AF01696EAADC6575B1773AC50C25A1722B0D7349C30DD8F45E19F6F | 11-25-2021 22:47:30 | Tushy | 10-13-2017 | 10-19-2017 | PA0002058299 |
| 19 | Info Hash: 52A7FA13F71FC05A593701895CDE7A0AD7201021<br>File Hash: 0C2BEFD66BD37FA6182FF407BC47824761070E7BFC474EBF91EFF2DABD441CBC | 11-25-2021 09:06:49 | Tushy | 05-26-2017 | 06-22-2017 | PA0002039288 |
| 20 | Info Hash: B9435C0AF3A217983CC46775F006F9438187E556<br>File Hash: 7FF399A485DF16C50DAE08125F9CACA77CF6DFAA9816778C7009C34A1940EE05 | 11-22-2021 19:08:53 | Tushy | 11-17-2017 | 01-04-2018 | PA0002069336 |
| 21 | Info Hash: 59EFEFD40190285C6AA0A866FB02071298D9E336<br>File Hash: 09545B4D924A85A769CE2997C9F13E0BA7A1C117817D1173FD8782169B2C09A3 | 11-22-2021 07:25:34 | Tushy | 03-22-2019 | 04-08-2019 | PA0002164887 |
| 22 | Info Hash: 2EA0290F13E4A4197E055E913DFCD0B58D85DF2B<br>File Hash: EC41322CC151A4D99BAF9E2F119D58FD2C87A83823E3659EA8958A55159B0325 | 11-19-2021 17:41:33 | Tushy | 10-13-2018 | 11-01-2018 | PA0002143435 |
| 23 | Info Hash: 8AEA27202C47B378BF48659CC2938DB8691054EF<br>File Hash: 0D3B456AA0D88C15AF796288F66A6A6E23996BA5771C0CD7F6A9A0F347D69959 | 11-19-2021 17:39:48 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: FDEAB1B3E4D42D587B2EE02F380247C859CA6EEB<br>File Hash:<br>4208F114A19FA8974A79C470EBB3126679EFF49573E69E470DCB578B3A72F328 | 11-19-2021 05:52:54 | Tushy | 05-06-2019 | 06-03-2019 | PA0002178772 |
| 25 | Info Hash: 5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash:<br>86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D99816128528085 | 11-19-2021 05:51:37 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |